**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-8107**

───────────

WILLIE AIKEN,

Petitioner - Appellant,

versus

D. SCOTT DODRILL,

Respondent - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-01-811-5)

───────────

Submitted:  February 12, 2002      Decided:  February 28, 2002

───────────

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Willie Aiken, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie Aiken appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Aiken v. Dodrill</u>, No. CA-01-811-5 (E.D.N.C. Nov. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>